FILED BY ULe D.C.
05 JUN 13 PM 5:32
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

FILED BY AW D.C.
2005 JUN 10 AM 8:34
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                     No. 03-cr-20181-Jpm

TERRY LEE DOWNS,

    Defendant.

MOTION GRANTED
Reset To Surrender on Aug 17, 2005
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
June 13, 2005
DATE

SUPPLEMENTAL REQUEST TO RESET SURRENDER DATE

    Comes now Terry Lee Downs, by and through his attorney of record, T. Clifton Harviel, and respectfully requests that this Honorable Court reset his surrender date. Movant would show unto the Court that he entered a guilty plea to a charge of violation of probation and that the Court sentenced him to a period of six months incarceration, followed by further supervision. Mr. Downs has previously received an extension of his surrender date and is currently due to surrender on June 15, 2005.

    As Mr. Downs has previously shown unto the Court, he is a contractor. At the time of his original request he was engaged in two particular jobs and he respectfully requested time to finish them before surrendering to do his sentence. With regard to the job at 5297 Callingwood, the home of Mr. Billy Tedford and one of those two original jobs, Mr. Downs has run into inadvertent delays.

    The first problems began when a change order was issued by the homeowner. The change order called for the moving of a bathroom

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-14-05

(39)

wall, which is normally a delay but which became much more labor intensive, complicated and a greater delay than normal when the first two marble tiles were removed. Upon removing the first two tiles, the heated floor underneath the tiles was damaged. Therefore, the entire bathroom floor had to be removed, the heated floor repaired, and then all the marble tiles returned. All the bathroom fixtures and walls had to be moved to accommodate the change order. Those delays caused other delays regarding subcontractors and when they could appear to do their rescheduled work. Further, there was another delay due to the unavailability of materials. The DBM Flooring Plant was damaged in a fire and therefore, there has been a limited amount of DBM flooring available for contractors. Mr. Downs has had difficulty in securing the appropriate material and therefore has encountered additional delay.

Mr. Downs understands that he has a six month sentence to satisfy and he is not seeking to avoid the service of his sentence. He is, however, seeking to avoid damaging both his professional reputation and the innocent customer whose home he is remodeling. The Court may recall that the homeowner, Mr. Tedford, submitted a signed statement concerning the work Mr. Downs was doing. Said statement was attached to the initial request to reset the surrender date.

Mr. Downs is thankful for and grateful to the Court for the

2

time that it has extended to him by initially resetting the surrender date. Unfortunately, he has not been able to complete the Tedford job due to aforementioned delays, which were beyond his control. He is respectfully requesting that the Court delay his surrender date an additional eight weeks to allow him to finish the Tedford job.

Mr. Downs understands that the Court has no obligation to reset his surrender date. He assures the Court that this will not become a repetitive request. He simply requests a second extension due to circumstances which were beyond his control.

WHEREFORE, PREMISES CONSIDERED, movant respectfully prays:

1. This Court reset his surrender date for an additional period of eight weeks herein, and/or;

2. That this Court order such other relief herein as truth dictates and justice demands.

Respectfully submitted,

*T. Clifton Harviel*
T. Clifton Harviel (5589)
Attorney for Defendant
Suite 850
50 N. Front Street
Memphis, Tennessee   38103
(901) 543-9799

3

## Certificate of Service

I hereby certify that I have served a copy of the foregoing upon Mr. Tim DiScenza, Assistant United States Attorney, 167 N. Main Street, 8th Floor, Memphis, Tennessee 38103, this 9th day of June, 2005.

_____
T. Clifton Harviel

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:03-CR-20181 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Jon McCalla
US DISTRICT COURT