IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 15 AM 9: 13

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS | ) | CR. NO. 03-20181-Ml |
| | ) | |
| TERRY LEE DOWNS | ) | |
| | ) | |
| Defendant. | ) | |

## *E-X-T-E-N-D-E-D ORDER TO SURRENDER

The defendant, Terry Lee Downs, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to the **FCI Memphis SCP, 1101 John A. Denie Road, Memphis, TN 38134** by **2:00 p.m.** on *__WEDNESDAY, AUGUST 17, 2005.__

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall report immediately to the Office of the Clerk, Federal Office Building, 167 N. Main Street, Room 242, Memphis, Tennessee  38103 to acknowledge by signature receipt of a copy of this Order and that the defendant will report as ordered to the facility named above.

**ENTERED** this the __14__ day of June, 2005.

_____
**JON PHIPPS McCALLA**
**UNITED STATES DISTRICT JUDGE**

ment entered on the docket sheet in complianc
and/or 32(b) FRCrP on __6-15-05__

(41)

## ACKNOWLEDGMENT

**I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.**

**Signed and acknowledged before me on** _____

_____         _____
**Clerk/Deputy Clerk**                          **Defendant**

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:03-CR-20181 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT